IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **COREY JEROME ELDER,** | Case No. 2:16-cv-01925-TLN DMC (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **SILVA, et al.,** | |
| Defendants. | |

On April 27, 2020, Defendants Speers, Silva, Whitcome, Joksch, Ramsey, Brackett and Hogan moved the Court for a second modification of the Court's Order issued September 5, 2019 (ECF No. 25), and sought an extension of time of two additional days, up to and including April 29, 2020, to file a motion for summary judgment.  Good cause having been shown, Defendants' motion is granted. The deadline to file dispositive motions is extended to April 29, 2020.

IT IS SO ORDERED.

Dated:  April 29, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE