**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COREY JEROME ELDER,<br><br>          Plaintiff,<br><br>     v.<br><br>SILVA, et al.,<br><br>          Defendants. | No. 2:16-CV-1925-TLN-DMC-P<br><br><br>ORDER SETTING SETTLEMENT <u>CONFERENCE</u> |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. §1983.  The Court has determined that this case will benefit from a settlement conference.  Therefore, this case will be referred to Magistrate Judge Deborah Barnes for the court's Settlement Week program to conduct a settlement conference on May 25, 2021 at 10:00 a.m.  The settlement conference will be conducted by video conference.  The Court will issue the necessary transportation order in due course.

In accordance with the above, IT IS HEREBY ORDERED that:

1. This case is set for a settlement conference before Magistrate Judge Deborah Barnes on May 25, 2021 at 10:00 a.m.  The settlement conference will be conducted by video conference.

2. Each party must have a principle with full and unlimited authority to negotiate and enter into a binding settlement attend.  Those in attendance must be prepared to

discuss the claims, defenses, and damages. The failure of any counsel, party, or authorized person subject to this order to appear in person, or as otherwise authorized by the court, may result in the imposition of sanctions.

3. Each party shall provide a confidential settlement statement to chambers, no later than May 18, 2021, via email to dborders@caed.uscourts.gov. If plaintiff is unable to access the internet, he shall, on or before May 11, 2021, send his statement to the court by mail at 501 I Street, Sacramento, CA 95814, and indicate on the envelope and on the face of the statement that it is a confidential communication to Magistrate Judge Barnes. Such statements shall not be filed with the Clerk or served on the opposing party. However, each party shall notify the other party that the statement has been submitted to the judge's chambers.

4. The Clerk of the Court is directed to serve a copy of this order on the Litigation Office at Folsom State Prison, via facsimile at (916) 351-3086 or via email.

Dated: April 16, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE