IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **COREY JEROME ELDER,** | Case No. 2:16-cv-01925-TLN DMC (PC) |
| Plaintiff, | **ORDER** |
| **v.** | |
| **SILVA, et al.,** | |
| Defendant. | |

Good cause appearing, Defendant's Ex Parte Application to Vacate the Pretrial Schedule and Trial and Temporarily Stay This Matter Pending the Substitution of a Party Pursuant to FRCP (25)(a)(1) is GRANTED.

Plaintiff has 90 days from the service of the Notice of Death to file a motion for substitution.  *See* Fed. R. Civ. P. 25(a)(1).  Accordingly, any motion for substitution must be filed by Wednesday, April 12, 2023.  Failure to file a motion for substitution will result in the dismissal of the action against the decedent.  *Id.*

///

///

///

1

1    If a proper party is timely substituted, then the stay should be lifted at that time and trial

2    will be placed back on calendar.

3    IT IS SO ORDERED.

4

5

6    Dated:  January 26, 2023

_____
Troy L. Nunley
United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28