IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY JEROME ELDER,<br><br>        Plaintiff,<br><br>   v.<br><br>JOKSCH,<br><br>        Defendant. | No. 2:16-CV-1925-DJC-DMC-P<br><br>ORDER APPOINTING<br>LIMITED PURPOSE COUNSEL |

       Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 80, for the appointment of counsel.

       The Court finds the appointment of counsel for Plaintiff is warranted for the limited purpose of identifying the proper party for a Motion for Substitution and filing the Motion for Substitution following the death of the sole remaining defendant, Joksch. Matthew J. Norris, Esq., has been selected from the Court's pro bono attorney panel to represent Plaintiff for this limited purpose and has agreed to be appointed.

///

///

///

///

1

Accordingly, IT IS HEREBY ORDERED as folows:

1. Plaintiff's motion for the appointment of counsel, ECF No. 80, is GRANTED.

2. Matthew J. Norris, Esq., is appointed as limited purpose counsel for Plaintiff in the above titled matter.  This appointment is for the limited purpose of identifying the proper party for a Motion for Substitution and filing the Motion for Substitution.  The Motion for Substitution shall be filed within 120 days from the date of this order.

3. Mr. Norris's appointment will terminate when Plaintiff's Motion for Substitution is filed.

4. Appointed counsel shall notify Sujean Park via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

5. The Clerk of the Court is directed to serve a copy of this order upon Matthew J. Norris, Norris Law Group P.C., 10940 Wilshire Blvd., Suite 1600, Los Angeles, CA 90024.

6. This matter is STAYED for 120 days or until the filing of a Motion for Substitution.

Dated:  July 19, 2023

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE