1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    COREY JEROME ELDER,                    No.  2:16-CV-1925-DJC-DMC-P

12              Plaintiff,

13        v.                                 ORDER

14    JOKSCH,

15              Defendant.

16

17          Plaintiff, a prisoner proceeding with limited purpose appointed counsel, brings this

18    civil rights action under 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's renewed

19    motion, ECF No. 87, for substitution of parties following the suggestion of death of Defendant

20    Joksch.  A hearing was held before the undersigned via Zoom on May 3, 2024.  Plaintiff appeared

21    through limited purpose appointed counsel Matthew Norris, Esq.  Joshua Shuster, Esq., and Sarah

22    Brattin, Esq., specially appeared for Defendant Joksch.  Following discussions with counsel, the

23    matter was submitted.

24          Consistent with the Court's rulings at the time of the hearing, defense counsel has

25    timely filed a renewed notice of suggestion of death, with information identifying Defendant's

26    next of kin filed under seal.  See ECF No. 92.  This filing re-starts the 90-day period within which

27    a motion for substitution must be filed pursuant to Federal Rule of Civil Procedure 25.  Plaintiff's

28    counsel shall undertake an investigation to determine whether the next of kin identified in the

renewed suggestion is a successor-in-interest amenable to substitution.  Pending completion of Plaintiff's counsel's investigation, the matter will be set for a status conference.  The stay of proceedings shall remain in effect.  Plaintiff's counsel's appointment shall also remain in effect pending further order of the Court.

Accordingly, IT IS HEREBY ORDERED as follows:

1.      The renewed suggestion of death, filed on May 6, 2024, is deemed timely.

2.      The 90-day period within which a motion for substitution must be filed commenced on May 6, 2024.

3.      Plaintiff's current motion for substitution, ECF No. 87, is denied without prejudice.

4.      Plaintiff's counsel shall undertake an investigation to determine whether the individual identified in the renewed suggestion of death filed on May 6, 2024, is a successor-in-interest amenable to substitution.

5.      This matter is set for a status conference before the undersigned via Zoom on June 26, 2024, at 9:00 a.m.

Dated:  May 9, 2024

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2